No: 433. CITY OF GAINESVILLE v. BROWN-CRUMMER INVESTMENT COMPANY ET AL. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. O. Davis* for petitioner. *Messrs. F. C. Dillard, Rice Maxey, Rhodes S. Baker, H. O. Head* and *James G. Martin* for respondents.

No. 446. CHARLEY HEE, ALIAS DONG BOW HEE, v. UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Joseph Fairbanks* and *Dan F. Reynolds* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 539. FREDERICK A. COOK v. UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. H. C. Wade* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. George H. Foster* for the United States.

No. 448. GOON BON JUNE v. UNITED STATES. November 21, 1927. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Walter Bates Farr* and *Everett F. Damon* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Luhring* for the United States.

No. 456. FEDERAL INTERMEDIATE CREDIT BANK OF COLUMBIA, SOUTH CAROLINA, v. CHAS. S. MITCHELL ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. D. W. Robinson* for petitioner. *Mr. George L. Buist* for respondents.